IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEWISH FEDERATION OF LINCOLN, Inc., A Nebraska Non-Profit Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER ROSENBLATT, KURT KNECHT, and MUSICSPOKE, INC., a Delaware Corporation;<br><br>Defendants. | 4:18CV3048<br><br>**ORDER** |

Plaintiff Jewish Federation of Lincoln and Defendants Kurt Knecht and Musicspoke, Inc. filed a joint Stipulation and Motion to Extend Expert Disclosure Deadline. The motion is unopposed by Defendant Jennifer Rosenblatt.

Accordingly,

IT IS ORDERED that the Stipulation and Motion to Extend Expert Disclosure Deadline (Filing No. 83) is granted and the final progression order is amended as follows:

1) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is now September 23, 2019.

2) The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and

non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is now October 21, 2019.

3) The deadline for filing motions to exclude testimony on Daubert and related grounds is now November 22, 2019.

4) The remaining unexpired deadlines set in the final progression order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 29th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge